Form oscelig (06/2022)

# UNITED STATES BANKRUPTCY COURT

Western District of Washington
700 Stewart St, Room 6301
Seattle, WA 98101

In Re:

    Willie J Echols

    Debtor(s).

Case Number: 22–10525–TWD
Chapter: 13

## ORDER TO SHOW CAUSE FOR ELIGIBILITY FOR DISCHARGE

A review of the Court records indicates that the Debtor(s) received a discharge in a prior case within the time period specified under 11 U.S.C. § 727(a)(8), § 727(a)(9), § 1328(f)(1), or § 1328(f)(2). Accordingly, it is here by

ORDERED that the Debtor(s) Willie J Echols, appear before the Court on **Show Cause hearing date is set for 4/29/2022 at 09:30 AM at Judge Dore's Courtroom, U.S. Courthouse, Room 8106, 700 Stewart St., Seattle, WA 98101.** to show cause why the Debtor(s) should be found eligible to receive a discharge in this case.

Failure to appear at the show cause hearing noted above will result in a determination that the Debtor(s) are ineligible for a discharge and, at completion, this case will be closed without entry of a discharge. **If you agree that the Debtor(s) are ineligible for a discharge, you do not need to appear at the hearing.**

Dated: 4/1/22

                                                                                Mark L. Hatcher
                                                                                Clerk of the Bankruptcy Court