Entered on Docket April 29, 2022

**Below is the Order of the Court.**



_____
**Timothy W. Dore
U.S. Bankruptcy Court**
(Dated as of Entered on Docket date above)

_____

TIMOTHY W. DORE
United States Bankruptcy Judge
700 Stewart Street, Room 8106
Seattle, WA 98101
(206) 370-5300

**UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE**

In re:

Willie James Echols,

Debtor.

Bankruptcy No. 22-10525-TWD

**ORDER DIRECTING CLOSURE OF CASE WITHOUT DISCHARGE**

THIS MATTER came before the Court on the Court's Order to Show Cause for Eligibility for Discharge [Docket No. 9]. The Court reviewed the docket and found that the Debtor received a discharge in a prior case that was commenced within the time period specified in 11 U.S.C. § 1328(f).

Now, therefore, it is hereby ORDERED that when the above-captioned case is completed, it shall be closed without entry of a discharge.

/// End of Order ///